**Exhibit A to the Complaint**

**Location:** Austin, TX  **IP Address:** 72.177.71.32
**Total Works Infringed:** 80  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash:<br>FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 04-21-2022 15:14:41 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 2 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash:<br>6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 04-21-2022 15:06:43 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 3 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash:<br>8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 04-21-2022 15:04:52 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 4 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 04-21-2022 15:03:33 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 5 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 04-21-2022 14:55:12 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 6 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash:<br>B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 04-21-2022 14:54:56 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 7 | Info Hash: 63416FBECE88046452134555765F068A164AE51D<br>File Hash:<br>FB4CABEEEB4EA49D9FD7E248E3647721AD32B89F7854B3ED4801D4F66A2AA262 | 04-21-2022 02:55:51 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 8 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 04-21-2022 02:23:42 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 9 | Info Hash: 36AE7939C7E36E36FB353F65662F29DE45B5BAA8<br>File Hash:<br>2DE3EA8FE0CAEE49ED3A0F2A9CEA24B3CC19FCB1CBAB241D9127F64232465F23 | 04-14-2022 04:02:53 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 10 | Info Hash: 18892C002034C49EED8773A2C0E7D80740E5C40A<br>File Hash:<br>1DF042457A81F9172D07B03C365219B0DCEA8D41704CACCB43DE16F12BFED5DC | 04-03-2022 18:25:28 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 11 | Info Hash: B378CAEB9DFA80E256C29E523B89DDF82169A9A8<br>File Hash:<br>E64CACDF7AD828C5779DB739D83EE7FCDD2A79C1B31BD3E720626A8967E886CF | 03-31-2022 08:23:52 | Vixen | 07-08-2017 | 08-17-2017 | PA0002077664 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D75C4212C94EACD789D6AA48F9EDD3AEE3170037<br>File Hash: 7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 03-31-2022 07:42:14 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 13 | Info Hash: EE17F083B17FF1CA2FB00CD0D59D40DF6B18D6EB<br>File Hash: B1EA6D0E237026DF8243ACEADE7BF5EC61F63E0EE2CB6546C20E7DCBE043ACCC | 03-18-2022 19:33:11 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 14 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash: 26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 03-13-2022 06:00:04 | Blacked | 03-31-2019 | 05-28-2019 | PA0002200773 |
| 15 | Info Hash: C36B70D35B13EC6143CD098E5424C872C0B7D9CC<br>File Hash: 82651A793EDFCEF027EAA97231B6B487B2A6A7722A8959851C1A6668157DB9AD | 03-13-2022 05:51:13 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 16 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash: DA2409230A42FC458468201810275890 52AE7C23274AA50393F3E49B9D372671 | 03-03-2022 04:13:40 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 17 | Info Hash: EF42CFEB2B95887526FB35FF0857A2E33BFF215B<br>File Hash: 31B8203AB96DA08D8A9129F6E09062291B380F6D8C1E1EDF63DF0D367E35F7BF | 03-03-2022 04:11:50 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 18 | Info Hash: A1FF05D3D9689566E84FEBB0BB13FAD6A17AFEB8<br>File Hash: 208B94293878880AA1FA000BDBF4B38C29AC5371980C23753E04EF656F99ABE5 | 02-18-2022 19:11:35 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 19 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-11-2022 22:39:42 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 20 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-25-2022 21:43:59 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 21 | Info Hash: CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4<br>File Hash: 64E3F5EAA6247DD446101C5EF37DBC24C33DA2C0E3433AB9EB6F80692E485D7E | 01-05-2022 22:57:45 | Blacked | 06-09-2017 | 07-07-2017 | PA0002070825 |
| 22 | Info Hash: BA56E328AE2DBA8A20B327451656293E37FDAE35<br>File Hash: 055D01B5C3CFF98DF51296CE2E9332CCBBCD0DF08A2D8FD4CD2BF166A28F4729 | 01-05-2022 22:52:28 | Blacked | 05-15-2017 | 06-22-2017 | PA0002039283 |
| 23 | Info Hash: E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE<br>File Hash: BF5B4937BFE86650341BC18FB7411B7174317E8090BFC5429F21835C39DAEB57 | 01-05-2022 22:52:16 | Blacked | 08-13-2017 | 08-17-2017 | PA0002077675 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD<br>File Hash: 8D4F97C4D42441372872A9B38EED6DD63FA53A39C2FEC53A1469AA10F9874617 | 01-05-2022 22:51:55 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |
| 25 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash: 8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 01-05-2022 22:51:53 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 26 | Info Hash: 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A<br>File Hash: 169A7FF5E6A05F94620EF6F5DDD9737874B2ECE2B9F162473A2E5AFFDB591FC0 | 01-05-2022 22:51:52 | Blacked | 08-28-2017 | 09-15-2017 | PA0002052848 |
| 27 | Info Hash: 0268A4F2D187EE10BE5C24BCFE5ED4CDC98D1586<br>File Hash: F56C5647A06160010B47E3C98E8F61C1D18F580C8D53FE2B0DF3FDAD07CE2F5E | 01-05-2022 19:11:50 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 28 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 01-05-2022 07:15:09 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 29 | Info Hash: 84C18B18D9F1F5E887F25856B43B3C1F9AD886D2<br>File Hash: C22CE5325AD1F558ADD98BFE78999AEB46429FC0B8E9E31D5A2D8694149510D0 | 01-05-2022 07:07:56 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 30 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 01-05-2022 04:03:02 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 31 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 01-05-2022 04:01:40 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 32 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 01-05-2022 03:57:54 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 33 | Info Hash: 32746C698A142D414674E13A5EC1C7491E5C2055<br>File Hash: 90E15DD35B5944DD09316D7902DFDE61158AED5D271580E51F21A69D8BC6F99E | 12-29-2021 23:26:08 | Blacked | 02-19-2018 | 03-02-2018 | PA0002104735 |
| 34 | Info Hash: 06F79434931C13FC439AF646206E698DBF9E6913<br>File Hash: 54F831A3FC2037FD0A192B3EB719A6689B82A4FB1BD39A5875868492F4308E36 | 12-29-2021 19:04:17 | Blacked Raw | 04-07-2018 | 06-19-2018 | PA0002126641 |
| 35 | Info Hash: 5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash: D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 12-18-2021 19:18:25 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 12-15-2021 17:05:21 | Blacked Raw | 11-22-2019 | 12-17-2019 | PA0002217672 |
| 37 | Info Hash: E2AF5212D0CB21D08E0F0499010A5D18FF3B2C44<br>File Hash: 555F9DF51CF13CB23920D4C349847E4499EE767ACD319A5613CAB5CB94B1F35C | 12-15-2021 13:16:10 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 38 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash: 7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-15-2021 13:14:07 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 39 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash: 9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 11-30-2021 08:11:27 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 40 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 11-30-2021 08:11:27 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 41 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-30-2021 08:09:02 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 42 | Info Hash: FA00972FAE0D641E011A852D56700CB93E15CA11<br>File Hash: DE5FCB22DB4C79AD30C2417B0C9DB5C24F29C1D73E2A00DA0BF83D00CFE886E8 | 11-30-2021 07:57:37 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 43 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 11-12-2021 03:13:40 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 44 | Info Hash: E82AD2ED432AA307E1613132DCF9205438004BFD<br>File Hash: 91BDB3668CC21EC56D5CD6B12FEA3CAACB01D234429E3C0705C6014871D3D1D3 | 11-12-2021 00:03:11 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 45 | Info Hash: 0C99F8A71BF3376DDC06D8CB4DC38C08A1595DF4<br>File Hash: 78E4D6E44A9C6C3A1728B0AF9723F074B4EB688785FCAC0E4D0170ACB32C915A | 10-17-2021 01:31:27 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 46 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-14-2021 01:12:10 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 47 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 10-09-2021 21:31:48 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash: 5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 10-09-2021 21:29:34 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 49 | Info Hash: 27F711CD1E984692EFDAC08F768C0A058D9863BE<br>File Hash: F0E7F2B2D51DFA0C4376CD8AF9101332172F54BC9879EEE817641C784863E199 | 09-09-2021 00:37:10 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 50 | Info Hash: A0D231C69410DDFB8B2D18113A9E5A13210C3E4F<br>File Hash: AD6AA73F5B75932D95CD3DC7F4A87B9B79B13007469AC8D392396797CCA8AD60 | 08-22-2021 21:21:19 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 51 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash: E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 08-10-2021 20:57:24 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 52 | Info Hash: 7C93D49BCF6C18EEE5D98DF9770C81E1F2D40F9E<br>File Hash: B54FEBE5357160BFAC26D82CD37BD4A69F3044507B45790BFFBFDB51D5376B9C | 05-27-2021 21:39:20 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 53 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-27-2021 12:48:12 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 54 | Info Hash: CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D<br>File Hash: B8BAD4F22E19F55BFE7855CD52BBBD523C8B7E100DBC961031BA408CF253D9EA | 05-23-2021 12:41:32 | Blacked | 06-19-2017 | 07-07-2017 | PA0002070823 |
| 55 | Info Hash: 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE<br>File Hash: A12AE8CCC10A33E33A069FFD93165631743F318484DDA98936AF6FD17A6E379D | 05-22-2021 06:48:05 | Blacked | 01-05-2018 | 01-15-2018 | PA0002099696 |
| 56 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 05-22-2021 06:44:05 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 57 | Info Hash: ACEB9396D1442ACF5E2840310FED768E8D533EE7<br>File Hash: AAF3E4A03F3C1380594C906B813EEF5BA87753E022D239E2E362D99C51733977 | 05-22-2021 06:41:49 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 58 | Info Hash: 7F94C59C008CA99211BC357AA9829B7372D082F3<br>File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 05-22-2021 02:58:21 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |
| 59 | Info Hash: 177CFD4D652475B5EF00F393977809C79A69B70B<br>File Hash: E8EA6BADC1F18AC0C1695C21C0CD699BF59E094193E999894E1FB91A0921BC24 | 04-29-2021 22:26:32 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: E3597FF7AA7734011387A0575130129A39004A6B<br>File Hash: 511FA3B1EA9D8AA9FCB72590F4DDDC438FDBC6E97935036C43279D4BA4DE15C6 | 04-22-2021 03:18:27 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 61 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-19-2021 13:38:34 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 62 | Info Hash: 5EF5E7587779A60CF3BA49CED6EFA0BAA4AE9086<br>File Hash: CCE9ABA0858A8190CAF6D07329F272E63316C702F19E61F27A8B603298B11E7B | 01-03-2021 23:32:38 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 63 | Info Hash: D5B0FA764A69E1A4EB83ABC190383AD113DE2B05<br>File Hash: 0B8BBE2EBAA7108EE7C125D0839316D242EE77B600D9D805D62AA1EB65062628 | 01-03-2021 23:31:31 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 64 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash: FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-17-2020 10:49:07 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 65 | Info Hash: 78E300227DFA72C621B80BAC6AED21260896C9E6<br>File Hash: ECA2B03B6CC8970AAE989CEB0E1F6918FA99F1BE6E99D138C68B0501CD50904D | 12-17-2020 10:42:20 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 66 | Info Hash: F3CF1837DFE7D20F9C4CCE0DA465C6410A2CE27B<br>File Hash: 19C374E54A1A0E664C4E35A7849FABA696B896BDECA1AD0F7E686DC0B6837A5C | 11-19-2020 15:34:28 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 67 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11-12-2020 03:38:54 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 68 | Info Hash: E522C7980247A13A96E32357E46232F398486B45<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 11-12-2020 03:38:13 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 69 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-21-2020 10:18:42 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 70 | Info Hash: 2665AECC29F2D50DD62093F42A9340F9909569F2<br>File Hash: 029FEAE102E533E666ECBE60343B612A4CC4639500FB7ADEAD141891D0734332 | 10-15-2020 10:20:22 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 71 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash: C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10-11-2020 12:39:13 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 807F407D94E9D91A368B24C5EEA7DBA5FF438450<br>File Hash: D943838169F687983C51D99B78B93FB6D4D251BDE2517567121B281ED22D6A04 | 09-11-2020 22:12:28 | Vixen | 06-28-2017 | 07-07-2017 | PA0002070828 |
| 73 | Info Hash: 2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash: EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 09-11-2020 22:12:26 | Vixen | 10-31-2017 | 12-05-2017 | PA0002097990 |
| 74 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-06-2020 20:42:16 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 75 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 09-04-2020 20:20:11 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 76 | Info Hash: 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25<br>File Hash: 8E3DA9D418507C4F5BCA355A3ACA8488ED223A70EAD8C21964A295BC21850AFF | 08-25-2020 03:00:52 | Vixen | 04-24-2017 | 06-15-2017 | PA0002037568 |
| 77 | Info Hash: 082C43A6A41C30507682EB32F25A418C5223436D<br>File Hash: 525BCD317D68758E91135EEF8FC7EBE05FFE3DD5CAD10F65C4F69FBAB7D02A9C | 08-25-2020 02:47:33 | Blacked | 02-04-2018 | 03-01-2018 | PA0002079189 |
| 78 | Info Hash: 6AFA067BE094CCF677B1C0C137687BC2BE3314CC<br>File Hash: BE7DD4213F25B3524CBD5F74C235656475652B4A68DFF73E4DC7EBDD2A5AA1E6 | 08-19-2020 22:31:50 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 79 | Info Hash: CBFA96B97E59DB3C4744AFFA546FAA65CE059F9C<br>File Hash: 9D77F33EF0513D66CD0892B5132F639E3EF7CE64A22ED78FFAD59B029D29183F | 07-12-2020 17:50:41 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 80 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 07-05-2020 15:51:01 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |